UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KAYLA NOORLUN,<br>**Plaintiff**<br><br>vs<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:14-CV-02024-~~JFA~~ AC |

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff Kayla Noorlun for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that attorney fees in the total amount of Eight Thousand Seven Hundred Seventy Six Dollars and Fifty Cents ($8,772.50) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

    1. *Plaintiff is awarded 41.45 hours at $190.28 per hour in the amount of $7,887.11 for attorney's fees under 28 U.S.C. § 2412(d);*

    2. *Plaintiff is awarded 8.7 hours at $100.00 per hour in the amount of $870.00 for Paralegal Services.*

    3. *Plaintiff is awarded $15.39 for expenses.*

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Howard D. Olinsky.

300 South State Street
Suite 420
Syracuse, NY 13202

So ordered.

Date: __Jul 27, 2016__          _____
                                John V. Acosta
                                United States Magistrate Judge